UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABINGTON KIDS CREATIVE LEARNIG CENTER, INC., | CIVIL ACTION NO. 3:22-CV-01095 |
| Plaintiff, | (MEHALCHICK, M.J.) |
| v. | |
| UTICA NATIONAL INSURANCE GROUP, et al., | |
| Defendants. | |

### ORDER

**AND NOW**, this 16th day of March, 2023, for the reasons contained in the Memorandum Opinion filed concurrently with this Order, it is hereby **ORDERED** that:

1. Abington Kids' motion to stay is **DENIED**;

2. Defendants' motion to dismiss (Doc. 3) is **GRANTED**;

3. The claims against Defendants are **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**